In the Matter of ANTHONY M. LANZA, an attorney-at-law.

For the order: *Mr. Frederick C. Vonhof.*

For the respondent: *Mr. Milton M. Unger.*

January 20, 1964. Respondent suspended for three years and until the further order of court. Opinion reported at 41 *N. J.* 330.

In the Matter of EUGENE F. HAYDEN, an attorney-at-law and former Magistrate of the Municipal Court of the Borough of Sayreville.

For the order: *Mr. Edward J. Dolan.*

For the respondent: *Mr. Warren Wilentz.*

February 3, 1964. Respondent reprimanded. Opinion reported at 41 *N. J.* 443.